UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-08944-AS | Date | March 2, 2021 |
|---|---|---|---|
| Title | Pitasha Dynel Howard v. Andrew M. Saul, *Commissioner of Social Security Administration* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On October 17, 2019, Plaintiff, through counsel, filed a Complaint for Review of Final Decision of the Social Security Administration. (Dkt. No. 1).

On March 9, 2020, Defendant filed an Answer and the Certified Administrative Record. (Dkt. Nos. 13-14).

On April 30, 2020, June 8, 2020, July 31, 2020, August 27, 2020, September 21, 2020, October 27, 2020 and December 17, 2020, the Court, pursuant to the parties' stipulations to extend the briefing schedule, issued Orders granting Plaintiff additional time to prepare and forward Plaintiff's portion of the Joint Stipulation (and additional time for the parties to file the Joint Stipulation). (See Dkt. Nos. 21, 25, 27, 30, 32, 34, 38).[1] Plaintiff's portion of the Joint Stipulation was required to be prepared and forwarded to Defendant no later than January 4, 2021, in order for the Joint Stipulation to be filed no later than March 1, 2021. (Dkt. No. 38).

On March 1, 2020, Defendant filed a Notice of Non-Receipt of Plaintiff's Initial Portion of the Joint Stipulation, stating that, although Defendant had e-mailed Plaintiff's counsel for a status update on four separate occasions (January 19, 2021, February 8, 2021, February 22, 2021, and February 26, 2021), Plaintiff had failed to prepare and forward the

---

[1]     Plaintiff's counsel requested additional time due to personal health problems and/or family emergencies. (Dkt. Nos. 20, 22, 26, 29, 31, 33, 35).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-08944-AS | Date | March 2, 2021 |
|---|---|---|---|
| Title | Pitasha Dynel Howard v. Andrew M. Saul, *Commissioner of Social Security Administration* | | |

initial portion of the Joint Stipulation. (Dkt. No. 39).

Plaintiff's initial portion of the Joint Stipulation was due by January 4, 2021 (18 days after the Court's December 17, 2020 Order, and almost 10 months following the service of the Defendant's Answer and Certified Administrative Record on March 9, 2020). To date, Plaintiff has failed to prepare and forward the initial portion of the Joint Stipulation, seek an additional extension of time to do so, respond to Defendant's requests for a status update, or otherwise communicate with the Court (and Defendant).

The Court orders Plaintiff to show cause, in writing, no later than **March 23, 2021**, why this action should not be dismissed for lack of prosecution. See Link v. Wabash R. Co., 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion). Plaintiff may prepare and forward the initial portion of the Joint Stipulation or Declaration in response to this Order to Show Cause **no later than March 23, 2021.**

**In addition, Plaintiff may instead request a voluntary dismissal of this action pursuant to Fed.R.Civ.P. 41(a). A Notice of Dismissal form is attached for Plaintiff's convenience.**

**Plaintiff is expressly warned that failure to file a timely response to this Order to Show Cause may result in the dismissal of this action with prejudice for failure to comply with Court orders and for failure to prosecute. See Fed.R.Civ.P.41(b).**

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | AF | |