**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PITASHA D.H., | CASE NO. CV 19-8944-AS |
| Plaintiff, | |
| v. | **JUDGMENT** |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

DATED: September 23, 2021

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE